Law Offices
# JOHN C. LANE
48 Woodport Road, Suite 1
Sparta, New Jersey 07871
973-512-3244
Fax: 973-512-3245
www.thelanelawfirm.com

John C. Lane
Admitted in NJ, NY & VA

Peter C. Bobchin
Admitted in NJ & NY

Jennifer L. Enberg
Paralegal

New York Office:

30 Wall Street
8th Floor
New York, NY 10005
212-363-8048

Reply to: NJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/20

MEMO ENDORSED

January 10, 2020

*Via ECF*
Honorable Colleen McMahon, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

Ok.
/s/ Colleen McMahon
1/10/2020

Re:   *Orlando Ramirez and Nancy Ramirez v. Con-way Freight, Inc.*,
        S.D.N.Y. 16-cv-03997 (CM)

Dear Judge McMahon:

We represent defendant in the above-referenced action. We are submitting, with the permission and consent of plaintiffs' counsel, to allow the parties to submit the Joint Pre-Trial Order on Monday, January 13, 2020. The reason for the request is that I was advised by plaintiffs' counsel that he has been delayed in providing his final portion of the Joint Pre-Trial Order and will not have it completed today because of a brief he had due this week in the matter of *NYCL Acquisition LLC, d/b/a New York Water Taxi and/or Circle Line Downtown, LLC et. al.,* United States District Court, Southern District of New York, Civil Action No. 18-cv-546 (VM). We did meet to discuss the Pre-Trial Order and related submissions and have exchanged drafts. Once we obtain the plaintiffs' final portion of the Pre-Trial Order and related submissions (Jury Charges, Voir Dire, and Verdict Sheet) we need to review it for possible objections, responses.

Based on the above circumstances we respectfully request the short extension to file the Joint Pre-Trial Order and related submissions on Monday.

Respectfully,

*S/ Peter C. Bobchin*
Peter C. Bobchin
pcbobchin@jclane.com

PCB: ms
cc: Douglas Milch *(via ECF)*