USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ORLANDO RAMIREZ AND NANCY RAMIREZ,

           Plaintiffs,

  -v-

CON-WAY FREIGHT, INC. et al.,

           Defendants.
-----------------------------------------------------------------X

16-cv-03997 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The parties held a telephone conference in this matter on February 25, 2020. As discussed in that conference, it is ORDERED that the final pretrial conference scheduled for February 28, 2020 is AJOURNED and will be held instead on Monday, April 3. 2020 at 4:00 p.m. Trial is set to begin on April 6, 2020 at 10:00 a.m.

    On or before Thursday, April 2, 2020, the Parties are directed to file on ECF pursuant to the Court's Individual Practices:
        a. A joint statement of the number of trial days needed (Individual Practices 5A(v));
        b. A joint statement summarizing the nature of the case, to be read to potential jurors during jury selection (Individual Practices 5A(vi));

    By March 3, 2020, the Parties are directed to file on ECF:

        a. With respect to the exhibits to which either Party has indicated an objection on the Joint Pretrial Order (Dkt 46), the Party lodging the objection should indicate the Federal Rule of Evidence that is the basis for the objection (as well as the citation for any case to which such Party desires to direct the Court's attention) (Individual Practices 5A(xi)). In addition, the Parties are directed to inform the Court whether they have been able to resolve any of the evidentiary objections to exhibits including with respect to those exhibits to which an objection has been made based on the exhibit not being provided either to counsel or made for review by an expert, as reflected in the Joint Pretrial Order (Dkt. No. 46).

    SO ORDERED.

Dated: February 28, 2020
       New York, New York

                                                      LEWIS J. LIMAN
                                                      United States District Judge