USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
ORLANDO RAMIREZ and NANCY RAMIREZ,

               Plaintiffs,

    -v-

CON-WAY FREIGHT, INC., et al.,

               Defendants.
------------------------------------------------------------------X

16-cv-3997 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Pursuant to Standing Order 20 MISC 00154, the trial scheduled to begin on April 6, 2020 is continued pending further order of the Court. If the parties wish to proceed with a jury trial, they are ordered to write a joint letter to the Court no later than May 1, 2020 proposing three sets of new trial dates each with a start date no later than October 1, 2020.

Alternatively, the Parties may jointly-consent to the Court trying the case on the papers and without a jury. If the parties do so consent, they are ordered to file a letter, no later than March 31, 2020, proposing a schedule for submitting all trial materials including exhibits and transcripts of sworn testimony.

The final pretrial conference scheduled for April 3, 2020 at 4:00 p.m. is hereby ADJOURNED pending further order of the Court.

    SO ORDERED.

Dated: March 26, 2020
       New York, New York

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge