USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
ORLANDO RAMIREZ AND NANCY RAMIREZ,                                  :
                                                                    :
                                    Plaintiffs,                     :
                                                                    :         16-cv-03997 (LJL)
         -v-                                                        :
                                                                    :         ORDER
CON-WAY FREIGHT, INC. et al.,                                       :
                                                                    :
                                    Defendants.                     :
                                                                    :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     Due to the ongoing public health crisis, the jury trial scheduled to begin on September 14, 2020 is hereby ADJOURNED. The parties should be prepared to begin trial February 1, 2021. The pretrial briefing described at Dkt. No. 53 is due by January 25, 2021.

     If a jury is available on February 1, 2021, trial will begin on that date. If no jury is available on that date, the court will schedule trial as soon thereafter as a jury is available and the court can accommodate the jury trial. No prior notice may be provided. The parties are directed to inform the Court if they wish to elect for a bench trial, in which case the Court will be able to give the parties a date certain that is sooner than February 1, 2021.

     SO ORDERED.

Dated: August 19, 2020  
       New York, New York  
                                               LEWIS J. LIMAN  
                                            United States District Judge